RECEIVED

FEB 02 2026

CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

**UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA**

**CASE NUMBER:** 26-cv-991-JWB/LIB          **(To be assigned by Clerk)**

**JOSEPH CURTIS ZONTELLI,** *Plaintiff,*

**v.**

**CITY OF DULUTH; OFFICER MARC JOHNSON; OFFICER JILL KETTLESON; OFFICER ETHAN ROE; SGT. PETE NIELSEN; OFFICER ADAM HUOT; GORDON RAMSAY (Former Chief of Police),** *Defendants (All in their individual and official capacities).*

---

## DOCUMENT B: STATEMENT OF CLAIM / FACTS

### PAGE 1 OF 5: THE INCIDENT AND THE EIGHT PILLARS OF TOLLING

**I. THE INCIDENT AND UNCONSTITUTIONAL DEADLY FORCE (AUGUST 11, 2014)** On or about August 11, 2014, in Duluth, MN, Plaintiff Joseph Curtis Zontelli was subjected to an unconstitutional execution attempt. While the Plaintiff was unarmed and being bitten by a **K9**, **Officer Marc Johnson** physically seized the Plaintiff, pinning his right arm behind his back. While maintaining control of the Plaintiff's arm with one hand, Officer Johnson utilized his other hand to discharge his service weapon twice into the Plaintiff's back at point-blank range. The first bullet **severed the Plaintiff's jugular vein**, and the second bullet **struck the Plaintiff's spine**. At the moment of the shooting, the Plaintiff was unarmed and reaching for the **K9** biting his leg—a natural reaction to pain. This use of deadly force on a restrained, unarmed individual constitutes a gross violation of the Fourth Amendment.

**II. FRAUDULENT CONCEALMENT OF EVIDENCE** For twelve (12) years, from 2014 to 2026, the City of Duluth and **Former Chief Gordon Ramsay** willfully suppressed **up to nineteen (19) separate video recordings**, including dash-cams, chest-cams, investigator audio, and ambulance footage. This concealment was designed to prevent the Plaintiff from discovering the extent of the violations.

**III. THE EIGHT PILLARS OF TOLLING (WAIVER OF STATUTE OF LIMITATIONS)** The Plaintiff asserts the statute of limitations is tolled based on:

1. **Statutory Disability:** Plaintiff's status as a "Vulnerable Adult" (Minn. Stat. § 541.15).
2. **Fraudulent Concealment:** Willful suppression of 19 video/audio recordings.
3. **Estoppel by Duress ("Fear Factor"):** Continued harassment and illegal surveillance.
4. **State-Created Incapacity:** The use of civil commitment to obstruct legal action.
5. **Administrative Tolling:** Triggered by the Notice of Claim on January 27, 2026.
6. **Continuing Violation Doctrine:** Ongoing harassment and withholding of evidence.

SCANNED
FEB 02 2026
U.S. DISTRICT COURT DULUTH



7. **Denial of Access to Courts:** Intentional concealment of involved officers' identities.
8. **Equitable Tolling:** The extraordinary circumstances of the "Fruit of the Poisonous Tree."

---

### PAGE 2 OF 5: THE 46 CONDENSED COUNTS (PART 1)

### IV. THE SHOOTING & "STATE-CREATED CHAOS" (COUNTS 1–10)

- **Count 1:** Excessive Force (Officer Johnson shooting Plaintiff in the back while restrained).
- **Count 2:** State-Created Chaos (Using K9 pain to trigger a pretext for deadly force).
- **Count 3:** Physical Restraint Violation (Shooting while pinning Plaintiff's arm).
- **Counts 4–10:** Failure to Intervene by officers on the scene.

### V. THE GATEWAY TOWER & POST-HOSPITAL ASSAULTS (COUNTS 11–20)

- **Count 11:** Malicious Assault at Gateway Tower on a wounded patient.
- **Count 12:** Retaliatory Beating by Officer Adam Huot post-surrender.
- **Count 13:** Unconstitutional Tasing of a wounded individual.
- **Counts 14–20:** Assault and Battery by unnamed officers.

### VI. CONCEALMENT & CONSPIRACY (COUNTS 21–35)

- **Counts 21–30:** Fraudulent Concealment (One count per withheld recording).
- **Count 31:** Conspiracy to Deprive Civil Rights (Coordinated effort by City/Chief).
- **Count 32:** Abuse of Process (Weaponizing "Vulnerable Adult" tags).
- **Counts 33–35:** Spoliation of Evidence (Tampering with/withholding recordings).

---

### PAGE 3 OF 5: THE 46 CONDENSED COUNTS (PART 2)

### VII. MUNICIPAL LIABILITY & RESTORATION (COUNTS 36–46)

- **Count 36:** Monell Claim (City policy/custom of hiding evidence).
- **Count 37: Fruit of the Poisonous Tree** (All criminal history post-2014 is legally tainted).
- **Count 38:** Demand for Record Restoration to exact pre-shooting status.
- **Count 39:** Illegal Surveillance (Unauthorized drones/ISR agents).
- **Count 40:** Denial of Access to Courts (Refusal to serve and withholding evidence).
- **Counts 41–46:** Punitive Damages for "Extraordinary Misconduct" and malice.

### VIII. PHYSICAL AND EMOTIONAL DAMAGES

1. **Life-Threatening Trauma:** The first projectile **severed the Plaintiff's jugular vein**, causing massive hemorrhaging.

2. **Spinal Injury:** The second projectile **struck the Plaintiff's spine**, causing permanent neurological damage.
3. **Chronic Disability:** Plaintiff remains in a state of permanent physical disability and pain.
4. **Psychological Trauma:** The 12-year cover-up caused severe PTSD and profound anguish.

---

### PAGE 4 OF 5: PRAYER FOR RELIEF (THE DEMANDS)

### IX. DEMANDS FOR RELIEF

1. **COMPENSATORY DAMAGES: $100,000,000.00** for physical trauma, disability, and 12 years of suppressed rights.
2. **PUNITIVE DAMAGES: $50,000,000.00** to punish malicious conduct and fraudulent concealment.
3. **EXPUNGEMENT & RESTORATION OF RECORD:** Order for total restoration to status held **prior to August 11, 2014**.
4. **IMMEDIATE RELEASE OF ALL DIGITAL EVIDENCE & COMMUNICATIONS:** An order compelling the immediate release of:
   - **The four (4) Chest-Cam videos and audio** capturing the **six (6) seconds immediately following the breach**.
   - **The identities and disciplinary files** of those who disseminated the false "knife" narrative to the media.
   - **Both sets of full unedited statements** from shooting officers and Officer Huot.
   - **All phone/text logs** from Shooting Officers, Chief of Police, and BCA from shooting to "justified" decision.
   - **Digital communications** for the **30-month period** involving **Officer Huot's** return-to-duty status.
5. **JURY TRIAL DEMAND:** Plaintiff demands a trial by jury on all issues.

---

### PAGE 5 OF 5: VERIFICATION AND SIGNATURE

**X. VERIFICATION AND DECLARATION** I, **Joseph Curtis Zontelli**, Plaintiff, declare under penalty of perjury (28 U.S.C. § 1746) that the foregoing is true and correct.

**XI. SIGNATURE**

2-2-26

**Joseph Curtis Zontelli, Plaintiff Pro Se** 512 5th Ave NE, Crosby, MN 56441

**Date:** February 2, 2026